Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.

 




 
 
 
  
 
 
 




 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00510-CV

____________

 

FRANK AUCOIN, Appellant

 

V.

 

C. B. DEVOY, Appellee

 



 

On
Appeal from the 280th District Court

Harris
County, Texas

Trial
Court Cause No. 01-04720

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed February 26, 2002.  

On August 22, 2002, appellant filed a motion to dismiss
because he no longer desires to prosecute the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted. 

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed August 29, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P.
47.3(b).